IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARIA H. CHIAIA,

    Plaintiff,

v.

R. METCALFE, et al.,

    Defendants.
    /

No. C 09-1142 SBA (pr)

**JUDGMENT**

    Pursuant to the Court's Order of today's date granting Defendants' motion for summary judgment, judgment is hereby entered in favor of Defendants and against Plaintiff.

    IT IS SO ORDERED.

DATED: __3/29/12

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

G:\PRO-SE\SBA\CR.09\Chiaia1142.JUD.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ZACHARIA CHIAIA,

        Plaintiff,

  v.

R. METCALFE et al,

        Defendant.

Case Number: CV09-01142 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zachariah Chiaia CDC J-39143
Salinas Valley State Prison
P.O. Box 705
Soledad, CA 93960-0705

Dated: March 30, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Chiaia1142.JUD.wpd     2