IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARIA H. CHIAIA,　　　　　　　　　　　　No. C 09-1142 SBA (pr)

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**JUDGMENT**

　　v.

R. METCALFE, et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　／

　　　Pursuant to the Court's Order of today's date granting Defendants' motion for summary judgment, judgment is hereby entered in favor of Defendants and against Plaintiff.

　　　IT IS SO ORDERED.

DATED: __3/29/12　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.09\Chiaia1142.JUD.wpd

**United States District Court**
**For the Northern District of California**

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3  ZACHARIA CHIAIA,

4           Plaintiff,                          Case Number: CV09-01142 SBA

5     v.                                        **CERTIFICATE OF SERVICE**

6  R. METCALFE et al,

7           Defendant.
8  _____/

9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on March 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Zachariah Chiaia CDC J-39143
   Salinas Valley State Prison
16 P.O. Box 705
   Soledad, CA 93960-0705
17

18 Dated: March 30, 2012
                                                Richard W. Wieking, Clerk
19                                              By: Lisa Clark, Deputy Clerk

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.09\Chiaia1142.JUD.wpd    2